1  CHRISTOPHER J. CANNON, State Bar No. 88034
   Sugarman & Cannon
2  44 Montgomery Street
   Suite 2080
3  San Francisco, CA 94104
   Telephone: 415-362-6252
4  Facsimile: 415-677-9445

5  Attorney for Defendant GEORGE YAGHNAM

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                        SAN FRANCISCO DIVISION

10

11 UNITED STATES OF AMERICA,           )   No.   CR-04-0376 CRB
                                       )
12       Plaintiff,                    )
                                       )   **STIPULATION AND**
13       v.                            )   **[PROPOSED] ORDER**
                                       )   **ALLOWING TRAVEL**
14                                     )
   GEORGE YAGHNAM,                     )
15                                     )
         Defendant.                    )   **Honorable Charles R. Breyer**
16                                     )
   _____
17

18       IT IS HEREBY ORDERED THAT George Yaghnam may travel to the Middle East

19 between August 10, 2009 and September 30, 2009.  Before departing, he shall provide a

20 specific itinerary to his probation officer.  When out of the country, he shall still file his

21

22 monthly reports, and he shall report to his probation officer, in person, within 72 hours of

23 his return to the United States.

24 / /

25

26 / /

27 / /

28 / /

STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL
No. CR-04-0376 CRB                                                                        1

    IT IS SO STIPULATED.

Date:  7/29/09                                         /s/Christopher J. Cannon_____
                                                       Christopher J. Cannon
                                                       Counsel for George Yaghnam

Date:  7/29/09                                         /s/Patrick McLaughlin_____
                                                       Patrick McLaughlin
                                                       Assistant United States Attorney

    SO ORDERED.

Date:  July 30, 2009                                   _____
                                                       Honorable Charles R. Breyer
                                                       United States District Judge

STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL
No. CR-04-0376 CRB                                                                    2